**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000713**
**29-DEC-2023**
**08:42 AM**
**Dkt. 29 OAWST**

NO. CAAP-22-0000713

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE URSULA HEINZ LIVING TRUST,
DATED JANUARY 17, 2002

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TR. NO 1TR191000047)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the December 1, 2023 Stipulation to Dismiss Appeal, filed by Petitioner/Defendant-Appellant Gerda Koschwitz, and the record, it appears that: (1) the appeal has not yet been docketed, (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal, (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal, and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, December 29, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge